UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

MILTON JAMES MAHONEY

CASE NO. 04-68964-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MILTON JAMES MAHONEY<br>7242 PEBBLE POINTE<br>WEST BLOOMFIELD, MI 48322-0000<br>SSN: XXX-XX-3880 | N/A | N/A | DEBTOR REFUND | 1293366 | 8/12/10 | $ 1.69 |

DATED: August 13, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930          6833921
DETROIT, MICHIGAN 48231-1930

0468964  00000  017414  1293366
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

### OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 08/12/2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1293366
Payee: CLERK OF US BANKRUPTCY COURT

| 0468964 | MILTON JAMES MAHONEY | | | 1.69 | 0.00 | 1.69 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

**VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.** **CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM**

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

**CHECK NO. 1293366**
SunTrust Bank

FOR  MILTON JAMES MAHONEY
BK:0468964 ACCT:
PRIN: 1.69  INT:  0.00

DATE Aug 12, 2010

AMOUNT
**********1.69

PAY  **1.69**
One And 69 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1.69
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:   CASE NO. 04-68964-TJT
MILTON JAMES MAHONEY   CHAPTER 13 PROCEEDINGS
   HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CHIMKO & ASSOCIATES
26212 WOODWARD
ROYAL OAK, MI 48067**

**Last Known Address for Debtor:**

**MILTON JAMES MAHONEY
7242 PEBBLE POINTE
WEST BLOOMFIELD, MI 48322**

DATED: August 13, 2010   /s/ TAMMY L. TERRY
   TAMMY L. TERRY, STANDING
   CHAPTER 13 TRUSTEE
   535 GRISWOLD
   SUITE 2100